**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01025-CNS

MENGS TESFALEM,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement,
DAVID VENTURELLA, Acting Director of United States Immigration and Customs Enforcement,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on July 9, 2026, [ECF No. 19] and May 22, 2026, [ECF No. 15], it is

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes
_____
J. Dynes, Deputy Clerk